915 F.2d 1565
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Reginald Clinton STITT, Plaintiff-Appellant,
v.
St. J. BERRY, Nottoway Correctional Center, Mecklenburg
Correctional Center, I.C.C., T.C. Bullock, MCC
Adjustment Comm., Lt. L. Hawkins,
Defendants-Appellees.
 No. 90-6354.
 United States Court of Appeals, Fourth Circuit.
 Submitted Aug. 27, 1990.
Decided Sept. 28, 1990.
As Amended Oct. 12, 1990.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, District Judge. (CA-88-400-N)
 Reginald Clinton Stitt, appellant pro se.
 Jeanette Dian Rogers, Office of the Attorney General of Virginia, Richmond, Va., for appellees.
 E.D.Va.
 AFFIRMED.
 Before SPROUSE and WILKINS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Reginald Clinton Stitt seeks to appeal the district court's order dismissing his 42 U.S.C. Sec. 1983 complaint. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Stitt v. Berry, CA-88-400-N (E.D.Va. June 19, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.